UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THERESA SCHWERBEL,

      Plaintiff,

                                    CASE NO:  8:18-cv-02369-WFJ-JSS

      v.

RADIUS GLOBAL SOLUTIONS, LLC f/k/a
CENTRAL CREDIT SERVICES, LLC,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Radius Global Solutions, LLC, f/k/a Central Credit Services, LLC (RGS), through undersigned counsel, hereby submits this Notice of Pending Settlement and states: The parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 14, 2019

                                                          Respectfully submitted,

                                                          */s/ Rachel A. Morris*
                                                          Rachel A. Morris, Esq.
                                                          Florida Bar No. 91498
                                                          Dayle M. Van Hoose, Esq.
                                                          Florida Bar No. 0016277
                                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                          3350 Buschwood Park Drive, Suite 195
                                                          Tampa, Florida 33618
                                                          Telephone: (813) 890-2464
                                                          Facsimile: (877) 334-0661

>rmorris@sessions.legal
>dvanhoose@sessions.legal
>
>*Attorneys for Defendant,*
>*Radius Global Solutions, LLC,*
>*f/k/a Central Credit Services, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of March 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Kaelyn Steinkraus, Esq.
>Michael A. Ziegler, Esq.
>Law Office of Michael A. Ziegler, P.L.
>13575 58th Street North, Suite 129
>Clearwater, FL 33760
>kaelyn@zeiglerlawoffice.com

>*/s/ Rachel A. Morris*
>Attorney