## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THERESA SCHWERBEL,

      Plaintiff,

                                                CASE NO.:  8:18-cv-02369-WFJ-JSS

      v.

RADIUS GLOBAL SOLUTIONS
f/k/a CENTRAL CREDIT SERVICES, LLC,

      Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff, THERESA SCHWERBEL, and Defendant, RADIUS GLOBAL SOLUTIONS f/k/a/ CENTRAL CREDIT SERVICES, LLC, hereby stipulate to dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a), with each party bearing its own attorneys' fees and costs.

      Dated: May 20, 2019.

      Respectfully submitted,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Rachel Morris* |
| Kaelyn Steinkraus, Esq. | Rachel A. Morris, Esq. |
| Florida Bar No. 125132 | Florida Bar. No. 91498 |
| kaelyn@zeiglerlawoffice.com | Dayle M. Van Hoose, Esq. |
| Michael A. Ziegler, Esq. | Florida Bar No. 0016277 |
| Florida Bar No. 74864 | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| mike@zieglerlawoffice.com | 3350 Buschwood Park Drive, Suite 195 |
| Law Office of Michael A. Ziegler, P.L. | Tampa, Florida 33618 |
| 2561 Nursery Road, Suite A | Telephone: (813) 440-5328 |
| Clearwater, FL 33764 | Facsimile: (866) 466-3140 |
| (p) (727) 538-4188 | dvanhoose@sessions.legal |
| (f) (727) 362-4778 | *Attorneys for Defendant, Radius Global Solutions,* |
| *Attorneys for Plaintiff Theresa Schwerbel* | *LLC (formerly known as Central Credit Services, LLC)* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2019, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

*Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132
